IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:97CR212 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| JOHN PAUL LORINCE, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is the government's Motion to Dismiss, Filing No. 26.  For good cause shown,

IT IS ORDERED that the Report on Defendant under Supervision, Filing No. 26, is dismissed without prejudice and the warrant is withdrawn.

DATED this 8th day of June, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON, CHIEF JUDGE
UNITED STATES DISTRICT COURT